1

2                          UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA

4

5     ANA J. FERNANDEZ,                          Case No.  23-cv-02399-AMO (PR)

6                        Petitioner,
                                                 **ORDER OF DISMISSAL WITHOUT**
7            v.                                   **PREJUDICE**

8     T. JUSINO, Warden,

9                        Respondent.

10          This action was reassigned from a magistrate judge to the undersigned in light of a recent

11   Ninth Circuit decision.[1]  On May 16, 2023, Petitioner, a federal prisoner, filed the present petition

12   for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On May 17, 2023, the Clerk of the

13   Court sent a notification to Petitioner informing her that her action could not go forward until she

14   paid the full filing fee or filed a completed prisoner's *in forma pauperis* ("IFP") application.  The

15   Clerk sent Petitioner a blank IFP application and told her that she must pay the fee or return the

16   completed application within twenty-eight days or her action would be dismissed.

17          More than twenty-eight days have passed, and Petitioner has not paid the filing fee or

18   returned the IFP application.

19          **IT IS HEREBY ORDERED THAT** this action is **DISMISSED WITHOUT**

20   **PREJUDICE**.  The Clerk shall close the file.  Any motion to reopen must contain either the full

21   filing fee or a completed IFP application.

22          **IT IS SO ORDERED.**

23   Dated:  July 19, 2023

24                                               _____
                                                 ARACELI MARTÍNEZ-OLGUÍN
25                                               United States District Judge

26

27          [1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction
     to dismiss case on initial screening because unserved defendants had not consented to proceed
28   before magistrate judge).